For full opinion see 4 OO 72; 50 Oh Ap 340.

## DRUCKER v TRAVELERS INS CO et

Ohio Appeals, 1st Dist, Butler Co

No 627. Decided March 9, 1935

John D. Andrews, Hamilton, Oliver M. Dock, Cincinnati, and Albert F. Weinstein, Cincinnati, for plaintiff in error.
Harry S. Wonnell, Hamilton, for defendant in error, The Travelers Insurance Co.

of the destruction of the policy. A form as testified to was offered in evidence.

The insured having failed to comply with the terms of the contract, upon which the plaintiff seeks to recover, the court was justified in dismissing the Insurance Company, and the judgment of the Court of Common Pleas is affirmed.

MATTHEWS and HAMILTON, JJ, concur.

**NEW YORK TRUST CO, Tee et v GENERAL STORAGE CO**

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided May 20, 1935

Fackler & Dye, Cleveland, for plaintiffs in error.

Krueger, Gorman & Davis, Cleveland, for defendant in error.

## OPINION

By ROSS, PJ.

The defendant Insurance Company introduced evidence that the form of the policy used by the company during the period when the policy was issued to Dutcher, contained a clause requiring notice of claims and suits against the insured to be given promptly to the Insurance Company. This was the best evidence obtainable, in view